FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

March 7, 2014

No. 04-14-00154-CV

**IN RE** V.O. **CARDEN** Jr.

Original Mandamus Proceeding[1]

### ORDER

Sitting:    Catherine Stone, Chief Justice
           Sandee Bryan Marion, Justice
           Rebeca C. Martinez, Justice

On March 6, 2014, relator filed a petition for writ of mandamus. This court is of the opinion that a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). **The respondent and the real parties in interest may file a response to the petition in this court no later than March 21, 2014.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

It is so **ORDERED** on March 7th, 2014.

PER CURIAM

ATTESTED TO: _____

Keith E. Hottle
Clerk of Court



---

[1] This proceeding arises out of Cause No. 13-0700176CVL, styled *Brett Radcliffe, Robert Radcliffe and Mamba Minerals, LLC v. Double Eagle Development, LLC and Tidal Petroleum, Inc.*, pending in the 218th Judicial District Court, La Salle County, Texas, the Honorable Donna S. Rayes presiding.